UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SHANNON HURST,            Case No. 6:09-CV-06174-AA

       Plaintiff,

       v.

                             ORDER FOR EAJA FEES

MICHAEL J. ASTRUE,
Commissioner of Social
Security Administration,

       Defendant.

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $3,063.14, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 20th day of October, 2010.

                                 _____
                                 UNITED ~~STATES MAGISTRATE~~ States District JUDGE

Presented by:

/s/David W. Hittle
David W. Hittle
Attorney for Plaintiff
388 State Street #1000
Salem, OR 97301
(503) 581-2421